UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CALVIN HARDY,
on behalf of himself and
all others similarly situated,

       Plaintiff,                                      Case No. 23-cv-924

      v.

HUNT MANAGEMENT, INC., *et al.*

       Defendant

## SETTLEMENT REPORT

      Plaintiff, Calvin Hardy, by and through his counsel, Walcheske & Luzi, LLC provides the following *Settlement Report* summarizing the progress made regarding settlement in this matter.

      The parties reached an agreement in principle to resolve all claims and causes of action between them. The parties anticipate finalizing their settlement and seeking dismissal within thirty (30) days.

Dated this 6th day of January, 2025

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

 s/ *David M. Potteiger*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com